

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-20-00123-CV

Michael **MIDDLETON,**
Appellant

v.

**TEMPLETON MORTGAGE CORPORATION** and Gary M. Poenisch,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 10-422
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

Appellant's brief was due on June 5, 2020. Neither the brief nor a motion for extension of time has been filed. We therefore ORDER appellant to file the appellant's brief in this court ***no later than 15 days*** from the date of this order, along with a written response reasonably explaining: (1) his failure to timely file the brief and/or a motion for extension; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to file a brief and the written response by the date ordered, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court